AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:16-cv-10668-VAR-RSW
Hon. Victoria A. Roberts

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Scott Ciungan

Date of Service: 2/24/16

## Method of Service

_✓_ Personally served at this address: ~~BD.~~
SERVED ~~B~~ KIM CIUNGAN - wife of SCOTT CIUNGAN AT 21603 MERIDIAN RD, GROSSE ILE, MI

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Patrick ONG

Signature of Server: [signature]

Date: 2/24/16

Server's Address: 40701 WOODWARD AVE #100
Bloomfield Hills, MI 48304